B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**La Contessa Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**65-0442491** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**800 Fifth Avenue, Apt. 14E**<br>**New York, NY**<br>ZIP Code **10065** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**La Contessa Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)     (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **La Contessa Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Jonathan S. Pasternak**
Signature of Attorney for Debtor(s)

**Jonathan S. Pasternak**
Printed Name of Attorney for Debtor(s)

**DelBello Donnellan Weingarten Wise & Wiederkehr, LLP**
Firm Name

**One North Lexington Avenue**
**White Plains, NY 10601**

_____
Address

**(914) 681-0200  Fax: (914) 684-0288**
Telephone Number

**February 25, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Thom Priano**
Signature of Authorized Individual

**Thom Priano**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**February 25, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   La Contessa Inc.
                                   Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Sidney Abusch<br>5701 Plauche Court<br>New Orleans, LA 70123 | Sidney Abusch<br>5701 Plauche Court<br>New Orleans, LA 70123 | | Contingent<br>Unliquidated<br>Disputed | 1,997,910.13<br><br>(0.00 secured) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Tax Liens | Contingent<br>Unliquidated<br>Disputed | 1,325,365.51<br><br>(0.00 secured) |
| NYS Depat. of Tax & Finance<br>Bankruptcy Special<br>Procedures<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Depat. of Tax & Finance<br>Bankruptcy Special Procedures<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Tax Liens | Contingent<br>Unliquidated<br>Disputed | 926,722.00<br><br>(0.00 secured) |
| Christopher Zerebny<br>465 West 23rd Street<br>Apt. 14B<br>New York, NY 10011 | Christopher Zerebny<br>465 West 23rd Street<br>Apt. 14B<br>New York, NY 10011 | | | 33,034.78 |
| Manadu Unno<br>88 Morgan Street<br>Apt #404<br>Jersey City, NJ 07302 | Manadu Unno<br>88 Morgan Street<br>Apt #404<br>Jersey City, NJ 07302 | | | 27,164.38 |
| Aferdita Kabashi<br>31 Madison Street<br>Apt 12A<br>New York, NY 10038 | Aferdita Kabashi<br>31 Madison Street<br>Apt 12A<br>New York, NY 10038 | | | 8,939.50 |
| Dennis Andre Viveiros<br>357 East 201st Street<br>Apt 14D<br>Bronx, NY 10458 | Dennis Andre Viveiros<br>357 East 201st Street<br>Apt 14D<br>Bronx, NY 10458 | | | 7,897.10 |
| Chad Beaman<br>440 West 24th Street<br>Apt. 15D<br>New York, NY 10011 | Chad Beaman<br>440 West 24th Street<br>Apt. 15D<br>New York, NY 10011 | | | 7,865.38 |
| Victoria Ramerez<br>34-35 76 Street<br>Jackson Heights, NY 11372 | Victoria Ramerez<br>34-35 76 Street<br>Jackson Heights, NY 11372 | | | 7,776.25 |

B4 (Official Form 4) (12/07) - Cont.

In re  La Contessa Inc.                                         Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Annie Gutierrez<br>33-35 81st Street<br>Apt. 1D<br>Jackson Heights, NY 11372 | Annie Gutierrez<br>33-35 81st Street<br>Apt. 1D<br>Jackson Heights, NY 11372 | | | 6,447.54 |
| Maria Gutierrez<br>34-35 81st Street<br>Jackson Heights, NY 11372 | Maria Gutierrez<br>34-35 81st Street<br>Jackson Heights, NY 11372 | | | 6,268.65 |
| Louis Angelo Chiodo<br>630 First Avenue<br>Apt. 5J<br>New York, NY 10016 | Louis Angelo Chiodo<br>630 First Avenue<br>Apt. 5J<br>New York, NY 10016 | | | 6,140.37 |
| Christopher Zerebny<br>465 West 23rd Street<br>Apt. 14B<br>New York, NY 10011 | Christopher Zerebny<br>465 West 23rd Street<br>Apt. 14B<br>New York, NY 10011 | | | 4,360.63 |
| Manadu Unno<br>88 Morgan Street<br>Apt #404<br>Jersey City, NJ 07302 | Manadu Unno<br>88 Morgan Street<br>Apt #404<br>Jersey City, NJ 07302 | | | 3,385.92 |
| Jennifer Unno | Jennifer Unno | | | 3,240.87 |
| Valentino Longo | Valentino Longo | | | 2,527.41 |
| Dennis Andre Viveiros<br>357 East 201st Street<br>Apt 14D<br>Bronx, NY 10458 | Dennis Andre Viveiros<br>357 East 201st Street<br>Apt 14D<br>Bronx, NY 10458 | | | 2,263.17 |
| Chad Beaman<br>440 West 24th Street<br>Apt. 15D<br>New York, NY 10011 | Chad Beaman<br>440 West 24th Street<br>Apt. 15D<br>New York, NY 10011 | | | 2,139.27 |
| Jamie Sanchez | Jamie Sanchez | | | 2,127.08 |
| Steven Fernandes | Steven Fernandes | | | 1,997.85 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  La Contessa Inc.                                                          Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  February 25, 2015                    Signature  /s/ Thom Priano
                                                      Thom Priano
                                                      Vice President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **La Contessa Inc.**  ,
                Debtor

Case No. _____

Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Garren DeFazio**<br>**1100 Hollywood Blvd**<br>**Hollywood, FL 33019** | **50%** | | |
| **Thom Priano**<br>**1100 Hollywood Blvd**<br>**Hollywood, FL 33019** | **50%** | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 25, 2015**    Signature  **/s/ Thom Priano**
                                                **Thom Priano**
                                                **Vice President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   La Contessa Inc.
                                    Debtor(s)

Case No.
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   February 25, 2015

/s/ Thom Priano
Thom Priano/Vice President
Signer/Title

.

ABIGAL NICHOLAS


AFERDITA KABASHI
31 MADISON STREET
APT 12A
NEW YORK, NY 10038


AIDEN LESLIE


AMERICAN EXPRESS TRAVEL RELAT
200 VESEY STREET
NEW YORK, NY 10285


ANNA DEFREICAS


ANNIE GUTIERREZ
33-35 81ST STREET
APT. 1D
JACKSON HEIGHTS, NY 11372


BRAYDON NELSON


BRIAN DEVINE


CHAD BEAMAN
440 WEST 24TH STREET
APT. 15D
NEW YORK, NY 10011


CHRISTINE DEFAZIO


CHRISTOPHER ZEREBNY
465 WEST 23RD STREET
APT. 14B
NEW YORK, NY 10011


CONNOR DONAHUE

DENNIS ANDRE VIVEIROS
357 EAST 201ST STREET
APT 14D
BRONX, NY 10458


EMILY ACHORD


FIDELITY LEASING INC.
1255 WRIGHT LANE
WEST CHESTER, PA 19380


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JACQUELINE TRUENT


JAMIE SANCHEZ


JANICE LOPEZ


JANNETH RAMOS


JENNIFER UNNO


JEYMIS VASQUOZ


JORDAN SPARKES


JPMORGAN CHASE BANK NA
COLLATERAL MGMT SMALL BUSINESS
PO BOX 4660
HOUSTON, TX 77210

```
KIYOKO OKADA
7 EAST 14TH STREET
APT #1224
NEW YORK, NY 10003


LEOTHA WYATT



LOUIS ANGELO CHIODO
630 FIRST AVENUE
APT. 5J
NEW YORK, NY 10016


MANADU UNNO
88 MORGAN STREET
APT #404
JERSEY CITY, NJ 07302


MARIA GUTIERREZ
34-35 81ST STREET
JACKSON HEIGHTS, NY 11372


NYS DEPAT. OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
 P.O. BOX 5300
ALBANY, NY 12205-0300


OLIVIA POP



ROBERT VASQUEZ



ROSALIA DELGADILLO



SIDNEY ABUSCH
5701 PLAUCHE COURT
NEW ORLEANS, LA 70123


STATE OF FLORIDA
6302 E MLK JR BVD
#100
TAMPA, FL 33619
```

```
STEVEN FERNANDES


SUNNY VILLAFANE


VALENTINO LONGO


VICTORIA RAMEREZ
34-35 76 STREET
JACKSON HEIGHTS, NY 11372


YETUNDE BAMISHHOGBIN
```

# United States Bankruptcy Court
## Southern District of New York

In re   La Contessa Inc.                                           Case No.
                         Debtor(s)                                 Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   La Contessa Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 25, 2015                               /s/ Jonathan S. Pasternak
Date                                            Jonathan S. Pasternak
                                                Signature of Attorney or Litigant
                                                Counsel for   La Contessa Inc.
                                                DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                                                One North Lexington Avenue
                                                White Plains, NY 10601
                                                (914) 681-0200 Fax:(914) 684-0288

**United States Bankruptcy Court**
**Southern District of New York**

In re    La Contessa Inc.                                          Case No.
                                      Debtor(s)                    Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Thom Priano, declare under penalty of perjury that I am the Vice President of La Contessa Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 19th day of February, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Thom Priano, Vice President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Thom Priano, Vice President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Thom Priano, Vice President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date  February 25, 2015                              Signed  */s/ Thom Priano*
                                                             Thom Priano

Resolution of Board of Directors
of
La Contessa Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Thom Priano, Vice President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Thom Priano, Vice President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Thom Priano, Vice President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  February 25, 2015                    Signed  */s/ Thom Priano*
                                                    Thom Priano, Vice President